■ THOMAS A. RIPLEY et al., Appellants, v TOWN OF NORTH HEMPSTEAD et al., Respondents. [664 NYS2d 946] —Appeal by the plaintiffs from a judgment of the Supreme Court, Nassau County (DeMaro, J.), entered October 29, 1996.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice DeMaro at the Supreme Court. Miller, J. P., Pizzuto, Joy and Krausman, JJ., concur.